Kenneth C Brooks SBN (167,792)
Law Office of Kenneth Brooks
125 East Sunnyoaks Ave, Suite 103
Campbell, CA 95008
Tel: 408-368-7997
Fax: 877-730-4315
kcb@brookspatents.com
Attorney for Relator

**IT IS SO ORDERED**
Judge Edward J. Davila
8/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES EX REL RICHARD T. OGAWA, <br><br> Relator, <br><br> v. <br><br> Normark Enterprises, Inc., et al., <br><br> Defendants. | Case No. C 10-04308 EJD <br><br> **NOTICE OF DISMISSAL** |

  Relator, Richard T. Ogawa, by and through the undersigned counsel hereby files this Notice of Dismissal pursuant to Fed. R. Civ. Proc. 41(a)(1), as none of the Defendants having filed an Answer in the action and Relator never having filed for Summary Judgment it is hereby entirely appropriate for Relator to summarily dismiss the action against all Defendants.  The Clerk shall close this file.

Dated:  August 16, 2011          By:  /s/Kenneth C. Brooks
                             Kenneth C. Brooks
                             Attorney for Relator Richard T. Ogawa